1   WILLIAM C. MORISON (No. 99981)
    wcm@morisonprough.com
2   MICHAEL D. PROUGH (No. 168741)
    mdp@morisonprough.com
3   DEAN C. BURNICK (No. 146914)
    dcb@morisonprough.com
4   MORISON & PROUGH, LLP
    2540 Camino Diablo, Suite 100
5   Walnut Creek, CA 94597
    Telephone: (925) 937-9990
6   Facsimile: (925) 937-3272

7   Attorneys for Defendant
    MT. HAWLEY
8   INSURANCE COMPANY

9

10                   UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12   JMA INVESTMENTS, | Case No. 3:13-cv-04581-RS |
| 13           Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING HEARING |
| 14       vs. | DATE AND BRIEFING SCHEDULE |
| 15   MT. HAWLEY INSURANCE COMPANY; and DOES 1 through 25, inclusive, | Hearing Date:   May 8, 2014<br>Time:           1:30 p.m. |
| 16 | |
| 17           Defendants. | |

18

19         IT IS HEREBY STIPULATED by and between the parties hereto through their respective

20   attorneys of record, pursuant to Civil Local Rules 7-2 and 7-3, that the May 8, 2014, hearing on

21   Plaintiff JMA INVESTEMENTS' Motion for Partial Summary Judgment on the First Cause of

22   Action for Declaratory Relief (Duty to Defend) be continued seven (7) calendar days to May 15,

23   2014, at 1:30 p.m. in Courtroom 3 of the above-captioned Court, and that the current deadline for

24   Defendant Mt. Hawley Insurance Company to respond to Plaintiff's pending Motion for Partial

25   Summary Judgment be extended by seven (7) calendar days.

26

27

28

MORISON
& PROUGH, LLP

1

Dated: March 31, 2014

Respectfully submitted,

2

MORISON & PROUGH, LLP

3

4

By: _Dean C.B_

5

Dean C. Burnick

6

Attorneys for Defendant
MT. HAWLEY INSURANCE
COMPANY

7

8

Dated: March 31, 2014

SHEUERMAN, MARTINI, TABARI,
ZENERE & GARVIN

9

10

By: _____

11

Alan L. Martini

12

Attorneys for Plaintiff
JMA INVESTMENTS

13

14

15

PURSUANT TO THE STIPULATION OF THE PARTIES,

16

IT IS SO ORDERED.

17

18

Dated: April 1, 2014

19

United States District Court Judge

20

21

22

23

153446

24

25

26

27

28

MORISON
& PROUGH, LLP

- 2 -

Stipulation to Extend Hearing Date

3:13-CV-04581-RS