United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JMA INVESTMENTS,

        Plaintiffs,

  v.

MT. HAWLEY INSURANCE COMPANY;
and DOES 1 through 25, inclusive,

        Defendants.
_____/

No. C 13-04581 RS

**JUDGMENT**

Pursuant to the order granting defendant's motion for summary judgment, judgment is hereby entered in defendant's favor.

IT IS SO ORDERED.

DATED: May 19, 2014

_____
RICHARD SEEBORG
United States District Judge

No. 13-cv-04581 RS
JUDGMENT