United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JMA INVESTMENTS,

No. C 13-04581 RS

**ORDER FOR FURTHER BRIEFING**

Plaintiffs,

v.

MT. HAWLEY INSURANCE COMPANY;
and DOES 1 through 25, inclusive,

Defendants.

/

On May 19, 2014, judgment was entered in favor of defendant Mt. Hawley following cross-motions for summary judgment. Plaintiff JMA Investments now seeks relief from that order in a motion styled as a motion for reconsideration. The motion will be construed as a timely motion for relief from the judgment, consistent with Rules 59 and 60 of the Federal Rules of Civil Procedure.

The first issue, concerning the interpretation of section 673(i) was the subject of extensive briefing by both parties, and there is no need for additional briefing on this issue. The remainder of plaintiff's request for relief from the judgment goes to the issue of estoppel. Mt. Hawley is directed to provide a response of no more than 15 pages to the arguments asserted by JMA in parts II.C through II.I of its motion for relief. Mt. Hawley's response shall be due within

1   14 days of the date of this order.  Pursuant to Civil Local Rule 7-1(b), the motion is suitable for

2   disposition without oral argument, and the hearing set for July 24, 2014 is vacated.

3

4        IT IS SO ORDERED.

5

6   DATED:   June 23, 2014                      _____

7                                              RICHARD SEEBORG
                                               United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No. 13-CV-04581 RS<br>
ORDER

**United States District Court**
For the Northern District of California